IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALDE-BINET TCHATCHOU, on behalf of himself and all others similarly situated<br><br>          Plaintiff<br><br>v.<br><br>INDIA GLOBALIZATION CAPITAL, INC., et al.<br><br>          Defendants | Case No. 8:18-cv-03396-PWG<br>Hon. Paul W. Grimm<br><br>CONSOLIDATED CASE<br>CLASS ACTION |

### DEFENDANTS' MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT FOR VIOLATION OF FEDERAL SECURITIES LAWS

Defendants, India Globalization Capital, Inc., Ram Mukunda, and Claudia Grimaldi (collectively, "Defendants"), in the above-entitled action, by and through their undersigned counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves this Honorable Court to dismiss the Consolidated Amended Complaint for Violation of Federal Securities Laws ("Amended Complaint") with prejudice and without leave to amend. In support of this motion, Defendants rely on the Memorandum of Points and Authorities appended hereto.

WHEREFORE, Defendants respectfully request that this Honorable Court dismiss the Amended Complaint with prejudice and without leave to amend.

Dated: October 11, 2019

Respectfully submitted,

/s/ Matthew E. Feinberg
Matthew E. Feinberg, Esq. (#17745)
*mfeinberg@pilieromazza.com*
**PILIEROMAZZA PLLC**
888 17th Street, N.W., 11th Floor
Washington, D.C. 20006
Ph: (202) 857-1000

*Attorneys for Defendants, India Globalization Capital, Inc., Ram Mukunda, and Claudia Grimaldi*

## CERTIFICATE OF SERVICE

I, Matthew E. Feinberg, hereby certify that on this 11th day of October 2019, a true copy of the within document was served on each party appearing pro se and on the attorney of record for each other party separately appearing by delivering a copy of the same through the United States District Court's online case filing system, CM/ECF, to:

Daniel S. Sommers, Esq.
S. Douglas Bunch, Esq.
Cohen Milstein Sellers and Toll PLLC
1100 New York Ave., N.W., Suite 500
Washington, D.C. 20005

Jeremy A. Lieberman, Esq.
Pomerantz LLP
600 3rd Avenue, 20th Floor
New York, NY 10016

Louis C. Ludwig, Esq.
Pomerantz LLP
10 South LaSalle, Suite 3505
Chicago, IL 60603

/s/ Matthew E. Feinberg
Matthew E. Feinberg, Esq.