Steven J. Toll (Md. Bar No. 15824)
Daniel S. Sommers (Md. Bar No. 15822)
S. Douglas Bunch
**COHEN MILSTEIN SELLERS &
TOLL PLLC**
1100 New York Avenue N.W.
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: stoll@cohenmilstein.com
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com

*Liaison Counsel for Lead Plaintiff*

*(Additional Counsel on Signature Page)*

**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Southern Division)**

| | |
|---|---|
| ALDE-BINET TCHATCHOU**,** Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> INDIA GLOBALIZATION CAPITAL, INC., et al., <br><br> Defendants. | No. 8:18-cv-03396-PWG <br><br> Judge Paul W. Grimm <br><br> CONSOLIDATED CASE <br><br> <u>CLASS ACTION</u> |

**LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Lead Plaintiff IGC Investor Group (Victor Blahut, Charles Dewayne Goss, Sherry Phyllis Goss, Melissa Culbertson, Timothy Culbertson, Duc Tran, and Yong P. Saito) (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby move this Court for entry of an

order: (i) preliminarily approving the settlement between Plaintiffs and Defendants India Globalization Capital, Inc. ("IGC"), Ram Mukunda, and Claudia Grimaldi; (ii) conditionally certifying the Settlement Class; (iii) approving the notice of the Proposed Settlement to the Settlement Class and IGC investors; and (iv) scheduling a final approval hearing for a date at the Court's convenience.

In support of this motion, Plaintiffs rely on the accompanying Memorandum of Law, the Stipulation and Agreement of Settlement and exhibits thereto, the pleadings and records on file in this action, and such other matters as the Court may consider at the hearing on this motion.

Dated: October 20, 2021

Respectfully submitted,

*/s/ Steven J. Toll*_____
Steven J. Toll (Md. Bar No. 15824)
Daniel S. Sommers (Md. Bar No. 15822)
S. Douglas Bunch
**COHEN MILSTEIN SELLERS &
 TOLL PLLC**
1100 New York Avenue N.W.
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: stoll@cohenmilstein.com
           dsommers@cohenmilstein.com
           dbunch@cohenmilstein.com

*Liaison Counsel for Lead Plaintiff*

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
           ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Louis C. Ludwig
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 229-8811
Email:  pdahlstrom@pomlaw.com
            lcludwig@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
Joshua Baker
101 Greenwood Avenue, Suite 440
Jenkintown, Pennsylvania 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email:  pkim@rosenlegal.com
            jbaker@rosenlegal.com

**BRONSTEIN, GEWIRTZ
& GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Email: peretz@bgandg.com

*Attorneys for Lead Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2021, I caused the foregoing document to be filed using the Court's CM/ECF System, which in turn sent notice to counsel of record.

Dated:  October 20, 2021                         */s/ Steven J. Toll*