Steven J. Toll (Md. Bar No. 15824)
Daniel S. Sommers (Md. Bar No. 15822)
S. Douglas Bunch
**COHEN MILSTEIN SELLERS &**
**TOLL PLLC**
1100 New York Avenue N.W.
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: stoll@cohenmilstein.com
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com

*Liaison Counsel for Lead Plaintiff*

*(Additional Counsel on Signature Page)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**(Southern Division)**

| | |
|---|---|
| ALDE-BINET TCHATCHOU**,** Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>         vs.<br><br>INDIA GLOBALIZATION CAPITAL, INC., et al.,<br><br>                              Defendants. | No. 8:18-cv-03396-PWG<br><br>Judge Paul W. Grimm<br><br>CONSOLIDATED CASE<br><br><u>CLASS ACTION</u> |

**LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE PROPOSED**
**CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**

1

Lead Plaintiff IGC Investor Group (Victor Blahut, Charles Dewayne Goss, Sherry Phyllis Goss, Melissa Culbertson, Timothy Culbertson, Duc Tran, and Yong P. Saito) ("Lead Plaintiffs"), individually and on behalf of themselves and all others similarly situated, move this Court for final approval of the proposed settlement of this securities class action on their claims that Defendant India Globalization Capital, Inc., and certain of its corporate officers and directors violated §§ 10(b) and 20(a) of the Securities Exchange Act of 1934, as well as Rule 10b-5 promulgated thereunder. In support of this motion, Lead Plaintiffs rely upon their contemporaneously-filed memorandum of law.

WHEREFORE, Lead Plaintiffs respectfully request that the Court grant Final Approval of the Settlement of the Action and the Plan of Allocation as fair, reasonable, and adequate.

Dated: March 16, 2022                                       Respectfully submitted,

                                                                                            */s/ Steven J. Toll*
Steven J. Toll (Md. Bar No. 15824)
Daniel S. Sommers (Md. Bar No. 15822)
S. Douglas Bunch
**COHEN MILSTEIN SELLERS &**
 **TOLL PLLC**
1100 New York Avenue N.W.
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email:  stoll@cohenmilstein.com
       dsommers@cohenmilstein.com
       dbunch@cohenmilstein.com

***Liaison Counsel for Lead Plaintiff***

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
      ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Louis C. Ludwig
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 229-8811
Email: pdahlstrom@pomlaw.com
      lcludwig@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
Joshua Baker
101 Greenwood Avenue, Suite 440
Jenkintown, Pennsylvania 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
      jbaker@rosenlegal.com

**BRONSTEIN, GEWIRTZ**
**& GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Email: peretz@bgandg.com

*Attorneys for Lead Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 16, 2022, I caused the foregoing to be filed using the Court's CM/ECF system, which in turn sent notice to counsel of record.

Dated:  March 16, 2022                                        */s/ Steven J. Toll*
                                                                                                    Steven J. Toll